IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JEFFREY WHITERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | CASE NO. 1:10-CV-241-WKW [WO] |
| ) | |
| KEITH REED, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge (Doc. # 23), and upon an independent review of the record, it is ORDERED that the Recommendation is adopted and that this case is DISMISSED without prejudice for failure of Plaintiff to prosecute this action and comply with the orders of the court.

DONE this 18th day of October, 2010.

/s/ W.  Keith Watkins
UNITED STATES DISTRICT JUDGE